IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JUDY CROOK f/k/a JUDY CROOK CHAVEZ,**

    *Plaintiff,*

vs.                                                                                          No. 22-cv-00861 KG/JFR

**WEXFORD HEALTH SOURCES, INC.**,
a foreign for-profit corporation doing
business in New Mexico; **MARTIN
TRUJILLO, M.D.**, and **JANE DOE**,
in their individual capacities,

    *Defendants.*

## STIPULATED ORDER GRANTING JOINT MOTION
## FOR AGREED EXTENSIONS OF TIME

THIS MATTER comes before the Court pursuant to the parties' Joint Motion for Agreed Extensions of Time (Doc. 77) filed January 9, 2025. Having reviewed the Joint Motion and being otherwise sufficiently advised, the Court finds there is good cause for granting the requested extensions of time as set forth below.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Agreed Extensions of Time (Doc. 77) is GRANTED, and the deadlines are extended from Thursday, January 16, 2025, to Monday, March 24, 2025, for their respective responses to the following pretrial motions filed on January 2, 2025:

    A.    Plaintiff's Motion to Exclude or Limit Testimony of Dr. Johnny E. Bates (Doc. 72);

    B.    Defendants' Motion for Summary Judgment on Absence of Deliberate Indifference (Doc. 73); and

    C.    Defendant Wexford Health Sources, Inc.'s Motion in Limine to Exclude Testimony of Susan M.Tiona, M.D., and Marc Serota, M.D., as Unhelpful to the Trier of Fact (Doc. 76).

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Approved by:

**ROTHSTEIN DONATELLI LLP**

 /s/ Arne R. Leonard
CAROLYN M. "CAMMIE" NICHOLS
CAREY BHALLA
ARNE R. LEONARD
ALEJANDRO ALVARADO
500 4th Street NW, Suite 400
Albuquerque, NM  87102
(505) 243-1443
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aleonard@rothsteinlaw.com

*Attorneys for Plaintiff Judy Crook Chavez*


**PARK & ASSOCIATES, LLC**

 e-mail approval 01-09-25
Geoffrey D. White
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM  87109
(505) 246-2805

*Attorneys for Defendants Wexford Health Sources, Inc. and Martin Trujillo, M.D.*