## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JUDY CROOK f/k/a JUDY CROOK CHAVEZ,

    Plaintiff,

v.                                          Case No. 22-cv-00861-KG-JFR

WEXFORD HEALTH SOURCES, INC., a
foreign for-profit corporation doing business in
New Mexico; MARTIN TRUJILLO, M.D., and
JANE DOE, in their individual capacities,

    Defendants.

## STIPULATED ORDER DISMISSING WITH PREJUDICE
## WEXFORD HEALTH SOURCES, INC., AND JANE DOE

THIS MATTER came before the Court on the Joint Motion to Dismiss With Prejudice Wexford Health Sources, Inc., and Jane Doe. The Court read the motion, noted that it is unopposed, and otherwise informed itself in the premises. The Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint for Civil Rights Violations and Corporate Negligence ("Complaint") is dismissed with prejudice against Wexford Health Sources, Inc., and Jane Doe;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all claims or causes of action brough in, or that could have been brought in, the Complaint are dismissed with prejudice against Wexford Health Sources, Inc., and Jane Doe;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each Party is to bear its own costs and fees in connection with the matters dismissed herein; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Final Judgment shall issue because all remaining Parties having been dismissed.

IT IS SO ORDERED.

/s/ KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

ORDER PREPARED BY:

PARK & ASSOCIATES, LLC

 /s/ Geoffrey D. White
Geoffrey D. White
Alfred A. Park
3840 Masthead Street, N.E.
Albuquerque, NM 87109
(505) 246-2805
*Counsel for Wexford Health Sources, Inc.*

AGREED AS TO FORM:

ROTHSTEIN DONATELLI LLP

*Electronically Approved 04-21-25*
Carolyn M. "Cammie" Nichols
Carey Bhalla
Alejandro Alvarado
500 4th Street NW, Suite 400
Albuquerque, NM 87102
T: (505) 243-1443
F: (505 242-7845
cmnichols@rothsteinlaw.com
cbhalla@rothsteinlaw.com
aalvarado@rothsteinlaw.com
*Attorneys for Judy Crook*

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.